

EOD
12/13/2019

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## BEAUMONT DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| JOSEPH LANETH GUILLORY | § | CAUSE NO. 18-10529 |
| xx-xxx-6785 | § | (CHAPTER 11) |
| 2633 East 19th Street | § | |
| Port Arthur, Texas 77640 | § | |
| | § | |
| **DEBTOR** | § | |

## ORDER GRANTING PROVISIONAL CLOSING OF
## CHAPTER 11 CASE FOR AN INDIVIDUAL DEBTOR

On November 21, 2019, a Motion for Provisional Closing of Chapter 11 Case for an Individual Debtor (the "Motion"), was filed by Joseph Laneth Guillory (the "Debtor") in the above referenced case. The Court finds that the Motion was properly served pursuant to the Federal and Local Rules of Bankruptcy Procedure and that it contained the appropriate twenty-one (21) day negative notice language, pursuant to LBR 9007, which directed any party opposed to the granting of the relief sought by the Motion to file a written response within twenty-one days or the Motion would be deemed by the Court to be unopposed. The Court finds that no objection or other written response to the Motion has been timely filed by any party.

Though this case has not been "fully administered" as required by § 350 of the Bankruptcy Code, the Court finds that just cause exists to grant a provisional closing of this case, subsequent to the filing by the Debtor of two documents: (1) a Motion to Reopen and (2) a separate Notice of Plan Completion, both to be filed upon the completion of all payments required to be made under the confirmed Chapter 11 plan. Accordingly, the Court finds that just cause exists for entry of the following order

**IT IS THEREFORE ORDERED** that the above-referenced Chapter 11 case is **PROVISIONALLY CLOSED** subject to its anticipated re-opening upon the completion of all payments required to be made under the confirmed Chapter 11 plan.

Signed on 12/13/2019

_____
THE HONORABLE BILL PARKER
CHIEF UNITED STATES BANKRUPTCY JUDGE