UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| JOSEPH LANETH GUILLORY, | § | Case Number 18-10529 |
| | § | |
| 2633 East 19th Street | § | |
| Port Arthur, TX 77640 | § | |
| SSN #xxx-xx-x785 | § | |
| | § | Chapter 11 |
| | § | |
| Debtor. | § | |

## NOTICE OF ENGS COMMERCIAL FINANCE CO. REGARDING STATUS OF AMENDED PROOF OF CLAIM

TO THE CLERK OF THE COURT, THE DEBTOR, AND OTHER INTERESTED PERSONS:

1.  ENGS Commercial Finance Co. ("ENGS") filed a secured Proof of Claim in this case in the amount of $218,735.22. The Proof of Claim is based on two contracts as follows; a) Commercial Finance Agreement ("*Contract 1*") dated August 25, 2017 secured by a 2018 Peterbilt Tractor, and b) Commercial Finance Agreement ("*Contract 2*") dated November 14, 2017 and secured by a 2018 Utility Trailer and Refrigeration Unit.

2.  Pursuant to the Debtor's confirmed Amended Plan of Reorganization ("*Plan*"), ENGS's claim based on Contract 1 is to be paid in installments and the collateral securing Contract 2 is to be surrendered. Section 3.3 of the Plan provides that secured claimants with collateral to be surrendered (including ENGS's claim based on Contract 2) shall have 90 days after the Effective Date to file an amended proof of claim for any deficiency balance. The deadline to file an amended proof of claim is on or about December 31, 2019.

3.  ENGS has recovered the collateral securing Contract 2 and made repairs to ready it for

1

sale. However, the collateral has not yet been sold. This Notice is given to report the status of foreclosure and sale. ENGS will file its amended proof of claim based on Contract 2 as soon as is practical following sale of the collateral.

Respectfully submitted,

KEMP SMITH LLP
P.O. Box 2800
El Paso, Texas   79999-2800
915.533.4424
915.546.5360 (FAX)
Attorneys for ENGS Commercial Finance Co.

By: _____
James W. Brewer
james.brewer@kempsmith.com
State Bar No. 02965200

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this Notice was delivered by first class U.S. mail to the parties on the attached list this 30th day of December, 2019.

_____
James W. Brewer

2

1722733v.1 JBRE

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0540-1<br>Case 18-10529<br>Eastern District of Texas<br>Beaumont<br>Mon Aug 12 13:35:44 CDT 2019 | Amur Equipment Finance (20)<br>308 N. Locust St., Suite 100<br>Grand Island, NE 68801-5985 | Amur Equipment Finance, Inc<br>308 N Locust St., Ste 100<br>Grand Island, NE 68801-5985 |
| Amur Equipment Finance, Inc.<br>Attn: Legal Department<br>308 N Locust St Ste 100<br>Grand Island, NE 68801-5985 | Attorney General<br>Taxation Division - Bankruptcy<br>Box 12548 - Capitol Station<br>Austin, TX 78711-2548 | BBVA Compass (20)<br>Attn: Bankruptcy<br>P. O. Box 10566<br>Birmingham, AL 35296-0001 |
| James W. Brewer<br>Kemp Smith LLP<br>P.O. Box 2800<br>El Paso, TX 79999-2800 | Carolyn Guillory<br>2633 East 19th Street<br>Port Arthur, Texas 77640-3959 | Alonzo Z. Casas<br>Aldridge Pite, LLP<br>4375 Jutland Dr.<br>San Diego, CA 92117-3600 |
| Chase Auto Finance<br>Attn: Bankruptcy<br>P. O. Box 901076<br>Fort Worth, TX 76101-2076 | Chase Bank USA, N.A.<br>c/o Robertson, Anschutz & Schneid, P.L.<br>6409 Congress Avenue, Suite 100<br>Boca Raton, FL 33487-2853 | Chase Bank USA, N.A.<br>C/O Robertson, Anschutz & Schneid, P.L.<br>6409 Congress Avenue, Suite 100<br>Boca Raton, Florida 33487-2853 |
| Chase Card Services (20)<br>Correspondence Dept.<br>P. O. Box 15298<br>Wilmington, DE 19850-5298 | Citicard (20)<br>General Correspondence<br>P. O. Box 6500<br>Sioux Falls, SD 57117-6500 | Citicards Cbna Citi Bank<br>P. O. Box 6077<br>Sioux Falls, SD 57117-6077 |
| Tagnia Fontana Clark<br>Maida Clark Law Firm, P.C.<br>4320 Calder Avenue<br>Beaumont, TX 77706-4631 | Compass Bank (20)<br>Attn: Bankruptcy<br>P. O. Box 10566<br>Birminham, AL 35296-0001 | Crossroads Equipment Lease & Finance<br>9385 Haven Avenue<br>Rancho Cucamonga, CA 91730-5338 |
| De Lage Landon Financial Service (20)<br>1111 Old Eagle School Rd.<br>Wayne, PA 19087-1453 | John P. Dillman<br>P.O. Box 3064<br>Houston, TX 77253-3064 | ENGS Commercial Finance Co.<br>Kemp Smith LLP<br>221 N. Kansas, Ste. 1700<br>El Paso, TX 79901-1401 |
| Andrew Edson<br>Clark Hill Strasburger<br>901 Main Street, Suite 6000<br>Dallas, TX 75202-3748 | (p)ENGS COMMERCIAL FINANCE CO<br>1 PIERCE PLACE SUITE 1100 WEST<br>ITASCA IL 60143-3149 | Engs Commerical Finance (20)<br>1 Pierce Pl., Suit<br>Itasca, IL 60143-1253 |
| Joseph Laneth Guillory<br>2633 East 19th Street<br>Port Arthur, TX 77640-3959 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | JB&B Capital (20)<br>3184 Cahaba Heights Rd.<br>Birmingham, AL 35243-5217 |
| JPMorgan Chase Bank, N.A.<br>Aldridge Pite, LLP<br>4375 Jutland Drive, Suite 200<br>P O Box 17933<br>San Diego, CA 92177-7921 | JPMorgan Chase Bank, N.A.<br>National Bankruptcy Department<br>P.O. Box 29505 AZ1-1191<br>Phoenix AZ 85038-9505 | Jefferson County<br>Linebarger Goggan Blair & Sampson LLP<br>c/o John P. Dillman<br>P.O. Box 3064<br>Houston, TX 77253-3064 |

| | | |
|---|---|---|
| Jefferson County<br>c/o John P. Dillman<br>Linebarger Goggan Blair & Sampson LLP<br>P.O. Box 3064<br>Houston, Tx 77253-3064 | Jefferson County TAC<br>P. O. Box 2112<br>Beaumont, TX 77704-2112 | LVNV Funding, LLC (20)<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| Jeffrey V. Leaverton<br>Padfield & Stout, LLP<br>420 Throckmorton Street, Suite 1210<br>Fort Worth, TX 76102-3792 | Frank J. Maida<br>Maida Clark Law Firm, P.C.<br>4320 Calder Avenue<br>Beaumont, TX 77706-4631 | Maida Law Firm, PC (20)<br>4320 Calder Avenue<br>Beaumont, TX 77706-4631 |
| Timothy W. O'Neal<br>Office of the U.S. Trustee<br>110 N. College Ave.<br>Suite 300<br>Tyler, TX 75702-7231 | PNC Equipment Finance, LLC<br>Padfield & Stout, LLP<br>c/o Jeffrey V. Leaverton<br>420 Throckmorton St., Suite 1210<br>Fort Worth, TX 76102-3792 | PNC Equipment Finance, LLC<br>Padfield & Stout, LLP<br>c/o Mark W. Stout<br>420 Throckmorton St., Suite 1210<br>Fort Worth, TX 76102-3792 |
| PNC Equipment Finance, LLC<br>c/o Jeffrey Leaverton<br>420 Throckmorton Street, St 1210<br>Fort Worth, TX 76102-3792 | PNC Equipment Finance, LLC (20)<br>655 Business Center Dr.<br>Horsham, PA 19044-3409 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Jared A. Rougeau<br>Wright Law Group, PLLC<br>12333 Sowden Rd, Ste. B, PMB #84356<br>Houston, TX 77080-2059 | State Comptroller of Texas<br>c/o Office of the Attorney General<br>P. O. Box 12548<br>Austin, TX 78711-2548 |
| Mark W. Stout<br>Padfield & Stout, L.L.P.<br>420 Throckmorton Street, Suite 1210<br>Ft. Worth, TX 76102-3792 | Texas Workforce Commission<br>TWC Building - Tax Dept.<br>Austin, TX 78778-0001 | Transportation Alliance Bank<br>4185 Harrison Blvd., Suite 200<br>Ogden, UT 84403-6400 |
| U. S. Trustee's Office<br>300 Plaza Tower<br>110 N. College Avenue<br>Tyler, Texas 75702-7226 | U.S. Attorney General<br>Department of Justice<br>Main Justice Building<br>10th & Constitution Ave., NW<br>Washington, DC 20530-0001 | US Trustee<br>Office of the U.S. Trustee<br>110 N. College Ave.<br>Suite 300<br>Tyler, TX 75702-7231 |
| United States Attorney<br>Eastern District of Texas<br>350 Magnolia, Suite 150<br>Beaumont, Texas 77701-2254 | Wells Fargo Bank N.A.<br>PO Box 10438<br>Des Moines, IA 50306-0438 | Wells Fargo Bank, N.A.<br>P.O. Box 10438, MAC F8235-02F<br>Des Moines, IA 50306-0438 |
| Wells Fargo Jewelry Advantage (20)<br>Attn: Bankruptcy<br>P. O. Box 10438<br>Des Moines, IA 50306-0438 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Engs Commercial Finance Co.<br>1 Pierce Place, Ste 1100 West<br>Itasca, IL 60143 | Internal Revenue Service<br>P. O. Box 21126<br>Philadelphia, PA 19114 | Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk VA 23541 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Comdata, Inc. | (d)PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | End of Label Matrix<br>Mailable recipients    54<br>Bypassed recipients    2<br>Total    56 |