**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**

**In re Joseph Laneth Guillory**          **Case No. 18-10529**

**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| PNC Bank, National Association | BBVA Compass (20) Attn: Bankruptcy |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to Transferee should be sent:

PNC Bank, National Association
PO Box 94982
Cleveland OH 44101

Court claim # (if known): 8-1
Amount of Claim
   Total Debt: $13,113.98
Date Claim Filed: February 21, 2019

Phone: (855) 245-3814
Last four Digits of Acct #: 1010

Phone:
Last Four Digits of Acct. #: 1010

Name and Address where Transferee payments should be sent (if different from above):

Phone:
Last four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Edward H. Cahill          Dated: November 29, 2021
      Transferee/Transferee's Agent

Penalty for making a false statement: Fine up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## **CERTIFICATE OF SERVICE**

I certify that on the date of filing, a copy of the foregoing Transfer of Claim was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System:

Tagnia Fontana Clark, Attorney for Joseph Laneth Guillory, Maida Clark Law Firm, P.C., 4320 Calder Avenue, Beaumont, TX 77706-4631, docs@maidaclarklaw.com

I certify that on the date of filing, a copy of the foregoing document was sent by U.S. Mail to the following:

Joseph Laneth Guillory, 2633 East 19th Street, Port Arthur, TX 77640

/s/ Edward H. Cahill